<table>
<tr><td>

DISTRICT COURT, CITY AND COUNTY OF
DENVER, COLORADO

Court Address:   1437 Bannock Street
                Denver, Colorado 80202

Plaintiff:    HEALTH GRADES, INC., a Delaware
              corporation,

v.

Defendant:   ROBERT WOOD JOHNSON
            UNIVERSITY HOSPITAL, a New Jersey
            corporation.

</td></tr>
</table>

**DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO**

Court Address:   1437 Bannock Street
                 Denver, Colorado 80202

| | |
|---|---|
| Plaintiff:   HEALTH GRADES, INC., a Delaware corporation, <br><br> v. <br><br> Defendant:   ROBERT WOOD JOHNSON UNIVERSITY HOSPITAL, a New Jersey corporation. | ▲ COURT USE ONLY ▲ <br><br> Case Number: <br><br><br> Div.:   Ctrm.: |
| Kris J. Kostolansky, Esq., #13764 <br> Leah P. VanLandschoot, Esq., #35723 <br> Rothgerber Johnson & Lyons LLP <br> 1200 17th Street, Suite 3000 <br> Denver, Colorado 80202-5855 <br> (303) 623-9000 | |
| COMPLAINT AND JURY DEMAND | |

Plaintiff Health Grades, Inc. ("Health Grades"), by its counsel, for its Complaint against Defendant Robert Wood Johnson University Hospital ("RWJ"), avers and alleges as follows:

<u>PARTIES AND JURISDICTION</u>

1.      Health Grades is a publicly-traded Delaware corporation. Its principal place of business is located in Golden, Colorado. Health Grades is the leading web-based health information resource for the distribution of healthcare provider ratings and other healthcare information. Health Grades provides objective ratings of and information about hospitals, physicians and other providers of healthcare services based upon data and information obtained from a variety of sources, principally publicly-available data. Health Grades analyzes this data using its own proprietary methodologies.

2.      Health Grades enters into licensing agreements with healthcare providers to permit such providers to access Health Grades' data and use such data to promote certain services provided by a particular healthcare provider. The licensing agreements Health Grades enters into with various healthcare providers are its lifeblood, providing the revenue necessary to sustain its over 100 Colorado-based employees and to provide value to its numerous shareholders.

EXHIBIT B

3.      RWJ is a hospital located in Hamilton, New Jersey.  RWJ has knowledge of Health Grades' products and services, including knowledge that Health Grades' awards and ratings are subject to copyright and trademark protection.

4.      RWJ, through Health Grades' website and otherwise, has obtained knowledge of certain awards and ratings that Health Grades has awarded to RWJ, the use of which RWJ knew was prohibited absent the entry into a license agreement with Health Grades.

5.      RWJ, through its duly authorized employees, entered into two different Limited License and User Agreements with Health Grades under which RWJ accessed Health Grades' awards and ratings information.  The first agreement was entered into as early as January 5, 2004, (the "Limited License") and the second agreement was entered into as early as May 25, 2006, ("Second Limited License") (collectively the "Limited Licenses").

6.      Duly authorized representatives of RWJ entered into the Limited License no less than 199 times.  Duly authorized representative of RWJ entered into the Second Limited License no less than seven times.

7.      Under the terms of the Limited Licenses, RWJ acknowledged the limited nature of the license it received from Health Grades.  RWJ agreed it was subject to the jurisdiction of this Court with respect to disputes concerning the improper use of Health Grades' proprietary products.  Specifically, the Limited License, attached hereto as Exhibit A, and the Second Limited License, attached hereto as Exhibit B, provide as follows:

> HealthGrades is the leading Web-based health information resource for the distribution of health care provider ratings and information.

* * *

> You agree by using this Site that the data and information here, including HealthGrades' ratings system and HealthGrades' ratings of individual providers, are and remain the sole property of HealthGrades.  Except as expressly permitted by us in writing, you agree that your licensed access to use this information is limited solely to a personal, revocable, nonexclusive, non-transferable license to access and view this Site and the Site Materials, and to copy, download, store and/or print only a single copy of any Site Materials, solely for your non-commercial use and not for resale or distribution to anyone else.

* * *

[Y]ou agree not to copy, reproduce, modify, adapt, translate, distribute . . . any Site Materials . . . without [HealthGrades'] prior written permission.

* * *

All right, title and interest in and to the Site Materials . . . are the property of HealthGrades . . . .  The Site Materials and the Databases are protected by law, including, but not limited to, United States and international copyright law and trademark law . . . .

The 1-3-5 Star rating system and methodology, and ratings of individual providers, are the property of HealthGrades and may not be reproduced in any manner without [HealthGrades'] prior written permission.

Except as provided in this User Agreement, we do not grant you any rights under any copyrights or trademarks.  Accordingly, unauthorized use or reproduction of any Site Materials may violate copyright laws, trademark laws . . . or other laws or regulations.  Please be aware that we actively and aggressively enforce our intellectual property rights to the fullest extent of the law.

[RWJ] . . . will not, directly or indirectly, use any of the Databases or the information contained therein for any purposes other than [its] personal, non-commercial evaluation of Health Care Providers.

* * *

You agree this User Agreement is made in, and will be construed and enforced in accordance with, Colorado law . . . .  You agree that any action arising out of the content of this Site, your use of the Site Materials, or any action to enforce this User Agreement will be brought only in the federal or state courts presiding in Denver, Colorado, U.S.A., and you expressly agree to be subject to the jurisdiction of such courts.  Use of this Site is limited solely to persons who agree to resolve any and all disputes pertaining to this

Site in the federal and state courts of Colorado, and such an agreement is an express condition to the use of this Site.

\* \* \*

You acknowledge that, in providing you access to and use of this Site and the Site Materials, we have relied on your acceptance of this User Agreement.

[Limited License at ¶¶ 1, 3, 4, 17,19; Second Limited License at ¶¶ 1, 3, 4, 18, 20.]

8.     RWJ has consented to personal jurisdiction pursuant to C.R.S. § 13-1-124(1) by agreement of the parties. As is set forth more fully in the paragraphs that follow, RWJ has gathered information about Health Grades from its Colorado website and has wrongfully misappropriated that information. The actions taken by RWJ were expressly aimed at Health Grades at its principal place of business in Golden, Colorado. Health Grades' business is centered in Colorado.

9.     Venue is proper pursuant to C.R.C.P. 98(c).

10.     This Court has jurisdiction over the Complaint by virtue of Colo. Const. Art. VI, § 9.

## GENERAL ALLEGATIONS

11.     RWJ's specific acts of unlawful infringement of Health Grades' copyrights and trademarks include, but are not limited to, reference to Health Grades' name and Health Grades' awards and ratings in the following publications:

a.     A January 30, 2005, article in the *Courier News*, Bridgewater, NJ, where RWJ is quoted citing Health Grades' name and making reference to Health Grades' awards.

b.     An October 27, 2004, press release titled, "Robert Wood Johnson University Hospital Named One of the Nation's Top Cardiovascular Hospital by Solucient";

c.     A February 3, 2005, press release titled, "Robert Wood Johnson University Hospital Expands Use of Implant Heart Assistance Device";

d.     RWJ's February 8, 2005, press release posted on the RWJ Hamilton website;

e.     A Spring 2005 press release titled, "RWJUH Recognized for Quality Care";

f.     An October 11, 2005, press release titled "Robert Wood Johnson University Hospital Introduces New Atrial Fibrillation Procedures";

g.     An article published in the October 11, 2005, issue of *Genetic Engineering News*, under the title "New Jersey Hospital Offers Minimally-Invasive Fix for Irregular Heartbeat,";

h.     Two updated press releases titled "Heart Center of New Jersey" and "New Leadership at The Heart Center of New Jersey";

i.     Un updated press release title "The Thoracic Central of New Jersey";

j.     An updated press release titled "Accomplishments in 2005"; and

k.     RWJ Hamilton's website citing Health Grades' name and Award for the 2006 Distinguished Hospital for Clinical Excellence.

12.     The past and continuing actions of RWJ, constitute willful and wanton conduct under Colorado law.

FIRST CLAIM FOR RELIEF
(Copyright Infringement)

13.     Health Grades incorporates each and every allegation set forth in the foregoing paragraphs of the Complaint as though the same had been fully rewritten herein.

14.     Health Grades is, and at all relevant times was, the copyright owner of exclusive rights under the Copyright Act with respect to the information contained at Health Grades' website, including, but not limited to, Health Grades' ratings of health care providers. Health Grades' copyright on its then current version of its website, healthcarereportcards.com, was registered on January 22, 1999 with registration number TX-3-772-086. Health Grades Hospital Ratings Database, Hospital Patient Safety Database, and Hospital Awards Database, were registered on August 8, 2005, with registration numbers TXu1-257-238, TXu1-257-237, and TXu1-257-239, respectively. On September 15, 2005, Health Grades' Hospital Quality Report, Physicians Quality Report, Physicians Quality Comparison Report, Nursing Home Quality Report, and Nursing Home Quality Comparison Report were also registered, bearing numbers TX 6-228-860, TX 6-228-859, and TX 6-228-861, TX 6-228-857, and TX 6-228-858, respectively.

15. Among the exclusive rights granted to Health Grades under the Copyright Act are the exclusive rights to reproduce the material and ratings and to distribute the material and ratings to the public.

16. RWJ, without the permission or consent of Health Grades, has used, and continues to use, Health Grades' copyrighted material and rating of RWJ in written and online media, and has distributed and continues to distribute this to the public, and/or make it available for distribution to others. RWJ's past and continuing infringement of Health Grades' copyrighted information has been widespread. Such infringement has extended to RWJ's website. In doing so, RWJ has violated and continues to violate Health Grades' exclusive rights of reproduction and distribution. RWJ's actions constitute infringement of Health Grades' copyrights and/or exclusive rights under copyright. RWJ's misuse of Health Grades' data occurred as early as January 2005, as recently as October 19, 2006, and is continuing. RWJ continues to infringe Health Grades' valuable rights despite notice from Health Grades that RWJ's conduct is unlawful.

17. RWJ's misappropriation of the copyrighted material, in which Health Grades has invested heavily, was for RWJ's own profit and advantage. RWJ has promoted its business to the public through RWJ's misappropriation and republishing of Health Grades' copyrighted material. RWJ's gains by appropriating Health Grades' copyrighted material diminish the value of Health Grades' website and business. RWJ's' misuse of the copyrighted material deprives Health Grades of the funds on which it relies from licensing that same information. This material is Health Grades' stock in trade.

18. RWJ's infringement of Health Grades' copyrighted material is willful and wanton. RWJ had full knowledge of Health Grades' copyrighted material before the infringements occurred. First, RWJ agreed to terms of the Limited License as early as January 5, 2004. Furthermore, RJW agreed to the terms of the Second Limited License for the first time on May 25, 2006, and has done so no less than seven more times.

19. In addition, on or about February 9, 2005, Health Grades sent a letter to RWJ advising RWJ of Health Grades' protected interests and RWJ's infringement of Health Grades' copyrighted and trademarked materials in RWJ's advertisements and on its website. Despite RWJ's representation to Health Grades by letter dated February 11, 2005, that RWJ would remove all references to Health Grades and its awards, RWJ has willfully and wantonly continued its unauthorized use of Health Grades' copyrighted and trademarked materials.

20. As a result of RWJ's infringement of Health Grades' copyrights and exclusive rights under copyright, Health Grades is entitled to actual damages pursuant to 17 U.S.C. § 504(b), or in the alternative statutory damages pursuant to 17 U.S.C. § 504(c), against RWJ for each infringement. Health Grades is further entitled to attorneys' fees and costs pursuant to 17 U.S.C. § 505.

21.    The foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Health Grades.

22.    The conduct of RWJ is causing and, unless enjoined and restrained by this Court, will continue to cause Health Grades great and irreparable injury that cannot fully be compensated or measured in money. Health Grades has no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Health Grades is entitled to injunctive relief prohibiting RWJ from further infringing Health Grades' copyrights, and ordering that RWJ destroy all copies of copyrighted material made in violation of Health Grades' exclusive rights, damages, statutory damages, attorneys' fees and all other relief permitted under the Copyright Act.

SECOND CLAIM FOR RELIEF
(Trademark Infringement)

23.    Health Grades repeats and realleges each and every paragraph of the foregoing Complaint as though the same were fully rewritten herein.

24.    Health Grades is actively engaged in health care evaluation and consulting services to clients throughout the United States. Health Grades has used the name "Health Grades" as a trademark in interstate commerce since at least August 28, 2001. The trademark "Health Grades" is owned by Health Grades, having been registered August 28, 2001 with United States Patent and Trademark Office registration number 2,483,194, for dissemination of advertisements for others via an online electronic communications network, and for providing hospital, healthcare, physician, health maintenance organization, and healthcare provider information services via a global computerized information network. The registration is valid and in full force and effect, and serves as prima facie evidence of (1) the validity of the trademark, and (2) Health Grades' exclusive rights to use the trademark in connection with its goods and services.

25.    Health Grades has also used the service mark described as a check mark, oval and star design in interstate commerce since at least June, 2005. The service mark, complied of a check mark, oval, and star design is owned by Health Grades, having been registered September 5, 2006, with the United States Patent and Trademark Office registration number 3,138,409 for providing information in the field of health care, namely profiles, quality of care ratings and safety ratings on hospitals, physicians, and nursing homes via the internet. The registration is valid and in full force and effect, and serves as prima facie evidence of (1) the validity of the trademark/service mark, and (2) Health Grades' exclusive rights to use the trademark/service mark in connection with its goods and services.

26.    Health Grades' services are advertised at trade shows and by way of other advertising media. The trademarks are famous marks and has been prominently shown in Health Grades' advertisements. Health Grades has spent a substantial portion of its sales income over

the last four years in advertising and promoting its services using the trademarks. Health Grades' extensive use and promotion of its trademarks has made the trademarks well known, identifying and distinguishing goods and services emanating from, symbolizing, or authorized by Health Grades.

27.     RWJ is not authorized by Health Grades to use the trademarks in connection with any business or service and is not entitled to do so.

28.     RWJ's continued use of Health Grades' trademarks in commerce in connection with advertising its hospital services and without the authorization of Health Grades infringes Health Grades' exclusive rights in its federally registered trademarks. Such use is likely to deceive and create mistake and confusion regarding the source or sponsorship of RWJ's services. Further, RWJ's use of Health Grades' trademark in commerce after the mark has become famous causes dilution of the distinctive quality of the marks.

29.     RWJ's infringements, past and continuing, of Health Grades' trademarks are willful, deliberate and intended to reap the benefit of Health Grades' goodwill.

30.     As a result of RWJ's infringement of Health Grades' trademark Health Grades is entitled to actual damages, injunctive relief, fees and costs pursuant to 15 U.S.C. § 1125 and the common law.

THIRD CLAIM FOR RELIEF
(Breach of Contract)

31.     Health Grades repeats and realleges each and every paragraph of the foregoing Complaint as though the same were fully rewritten herein.

32.     Health Grades and RWJ entered into the Limited Licenses. Copies of which are attached hereto as Exhibit A and Exhibit B, and incorporated herein

33.     RWJ has breached, and continues to breach, the terms of the Limited Licenses by making use of the information contained on Health Grades' website beyond the terms of the limited license agreed upon.

34.     As a result of RWJ's past and continuing breaches of the Limited Licenses, Health Grades has suffered damages. Furthermore, an injunction is necessary to prevent RWJ's continued breach, for which there is no adequate remedy at law.

WHEREFORE, Health Grades prays for judgment against RWJ as follows:

A.      For an injunction prohibiting RWJ from directly or indirectly infringing Health Grades' rights under federal or state law in the material and ratings at Health Grades' website, and Health Grades' trademark, and from making such material available for distribution to the public, except pursuant to a lawful license or with the express authority of Health Grades.

B.      For actual or statutory damages for each copyright and trademark infringement and at common law for breach of contract.

C.      For an award of actual damages or wrongful profits in connection with Defendant's willful and wanton interference with contract.

D.      For Health Grades' costs in this action.

E.      For Health Grades' reasonable attorneys' fees incurred herein.

F.      For prejudgment and post-judgment interest.

G.      For such other and further relief as the Court may deem just and proper.

**HEALTH GRADES DEMANDS A JURY ON ALL CLAIMS SO TRIABLE.**

Dated this 19th day of October, 2006.

ROTHGERBER JOHNSON & LYONS LLP

Kris J. Kostolansky, Esq.
Leah P. VanLandschoot, Esq.
One Tabor Center
1200 Seventeenth Street, Suite 3000
Denver, Colorado 80202
(303) 623-9000
Attorneys for Plaintiff Health Grades, Inc.

Address of Plaintiff:
500 Golden Ridge Road, Suite 100
Golden, CO 80401

Welcome to the HealthGrades Web site (this "Site") provided by Health Grades, Inc. ("we" or "HealthGrades"). The following Limited License and User Agreement ("User Agreement") governs your access to and use of this Site and the information, profiles, materials and other content available on or through this Site ("Site Materials"). Please read this User Agreement carefully before using this Site or any Site Materials. We reserve the right, at our sole discretion, to change this User Agreement from time to time. Your continued use of this Site or any Site Materials after such changes take effect will be deemed to constitute your acceptance of and agreement to the new User Agreement.

BY CLICKING ON "I AGREE," OR BY ACCESSING, USING OR BROWSING THIS SITE OR ANY SITE MATERIALS, YOU INDICATE THAT YOU HAVE READ, UNDERSTOOD AND AGREE TO BE BOUND BY THIS USER AGREEMENT, AND THAT YOU UNDERSTAND AND INTEND THIS USER AGREEMENT TO BE THE LEGAL EQUIVALENT OF A SIGNED, WRITTEN CONTRACT BETWEEN YOU AND HEALTHGRADES, AND EQUALLY BINDING. IF YOU DO NOT AGREE WITH THIS USER AGREEMENT, YOU ARE NOT AND WILL NOT BE GRANTED PERMISSION BY HEALTHGRADES TO ACCESS HEALTHGRADES' SITE MATERIALS.

1. Nature of Service and Limited License

HealthGrades is the leading Web-based health information resource for the distribution of healthcare provider ratings and information. Among other things, we provide objective ratings of and information about hospitals, physicians, long-term care facilities, and other providers of healthcare services (collectively, "Healthcare Providers") based on data and information obtained from a variety of sources. Some of this data and information is severity adjusted (through the use of proprietary algorithms) by HealthGrades. Other data and information is provided directly by independent information providers ("IIP's") and is not adjusted or audited by HealthGrades.

You agree by using this Site that the data and information here, including HealthGrades' rating system and HealthGrades' ratings of individual providers, are and remain the sole property of HealthGrades. You agree that your license to access and use this information is limited solely to a personal, revocable, nonexclusive, non-transferable license to access and view this Site and the Site Materials, and to copy, download, store and/or print a single copy of any Site Materials, solely for your non-commercial use and not for resale or distribution to anyone else. You further agree that an express condition on your license is that you will not otherwise transmit or use the Site Materials, and your continued compliance with this User Agreement. Except as expressly permitted by us in writing, you agree not to copy, reproduce, modify, adapt, translate, distribute, transmit, download, upload, post, sell, rent, license, transfer, mirror, frame, create derivative works of, reverse engineer, decompile or disassemble any aspect of this Site or any Site Materials (including, but not limited to, any Health Care Provider rankings), in whole or in part, in any form or by any means, without our prior written permission. Further, you may not use any metatags or any other "hidden text" utilizing the name "HealthGrades" without our prior written permission.

00138346 / 1



EXHIBIT

A

2. No Recommendations or Medical Advice

HealthGrades is not a referral service and does not recommend or endorse any particular Healthcare Provider. Rather, HealthGrades is only an intermediary that provides selected information about Healthcare Providers. We do not offer advice regarding the quality or suitability of any particular Healthcare Provider for specific treatments or health conditions, and no information on this Site should be construed as health advice. The Healthcare Provider rating information consists of statements of opinion and not statements of fact or recommendations to utilize the services of any specific Healthcare Provider. You should obtain any additional information necessary to make an informed decision prior to utilizing any specific Healthcare Provider.

You agree to assume all responsibility in connection with choosing any Healthcare Provider, whether or not you obtained information about such Healthcare Provider on or through this Site. We assume no responsibility or liability for any advice, treatment or other services rendered by any Healthcare Provider, or for any malpractice claims and other claims that may arise directly or indirectly from any such advice, treatment or other services.

3. Proprietary Rights

Copyright © 1999 - 2004 Health Grades, Inc. All rights reserved.

All of the Site Materials, including the graphical display of this Site and all Healthcare Provider ratings, are the property of HealthGrades or our licensors, suppliers or affiliates. The Healthcare Provider rating information is contained in databases ("Databases") which constitute valuable proprietary compilations owned by HealthGrades. The Site Materials and the Databases are protected by law, including, but not limited to, United States and international copyright law and trademark law, as well as other state, federal, and international laws and regulations. HealthGrades owns a copyright in this Site as a collective work and/or compilation, and in the selection, coordination, arrangement, and enhancement of the Site Materials. HealthGrades does not claim any rights in unaltered government data.

The 1-3-5 Star rating system and methodology, and ratings of individual providers, are the property of HealthGrades and may not be reproduced in any manner without our prior written permission. HealthGrades®, HealthGrades.com™, the CHECKMARK DESIGN, the FIVE STAR RATING LOGO, THE HEALTHCARE RATINGS EXPERTS®, THE HEALTHCARE QUALITY EXPERTS®, DISTINGUISHED HOSPITAL AWARD™, DISTINGUISHED HOSPITAL AWARD FOR CLINICAL EXCELLENCE™, HOSPITAL REPORT CARDS™, PHYSICIAN REPORT CARDS™, NURSING HOME REPORT CARDS™, HOME HEALTH REPORT CARDS™, HOME HEALTH QUALITY GUIDE™, HOSPITAL QUALITY GUIDE™, PHYSICIAN QUALITY GUIDE™, NURSING HOME QUALITY GUIDE™, and QUALITY RATINGS SUITE™ are service marks and trademarks of Health Grades, Inc. and may not be used in any manner (including, but not limited to, in connection with republication or citation of the Healthcare Provider ratings) without the prior written permission of Health

00138346 / 1

Grades, Inc. Other names and logos contained in this Site or in the Site Materials are trademarks and service marks of third parties and may not be used without the permission of the trademark or service mark owner.

Except as provided in this User Agreement, we do not grant you any rights under any copyrights or trademarks. Accordingly, unauthorized use or reproduction of any Site Materials may violate copyright laws, trademark laws, laws pertaining to privacy and publicity rights, or other laws or regulations. Please be aware that we actively and aggressively enforce our intellectual property rights to the fullest extent of the law.

4. Use of this Site, the Site Materials and the Databases

Except as expressly permitted by us in writing, you agree that you will not, directly or indirectly, use any of the Databases or the information contained therein for any purposes other than your personal, non-commercial evaluation of Heath Care Providers. Without limiting the foregoing, you agree that you will not, directly or indirectly, use the Databases (i) to compile mailing lists or other lists of Healthcare Providers for commercial purposes; (ii) to establish independent data files or compendiums of statistical information; (iii) in violation of any applicable laws or regulations, or (iv) to generate or download more than ten (10) reports in any given day, without our prior written authorization. Other arrangements with respect to the Databases may be available, but only with our express written permission. Please send an e-mail to info@healthgrades.com to receive additional information about the possibility of alternative arrangements regarding the Databases.

5. Password Maintenance and Responsibility

If you wish to access certain areas of this Site or the Site Materials available on or through certain areas of this Site, you must choose a password during your completion of this Site's registration process. By registering, you represent, warrant and covenant that: (i) you are at least 18 years of age; (ii) you are using your actual identity; (iii) you have provided only true, accurate, current and complete information about yourself during the registration process; and (iv) you will maintain and promptly update the information that you provide to keep it true, accurate, current and complete.

By logging onto this Site using any password, you represent, warrant and covenant that you are authorized to use such password and to engage in the activities that you conduct thereunder. You agree to be solely responsible for the confidentiality and use of your password, as well as for any activities conducted on or through this Site using your password. If you wish to cancel a password, or if you become aware of any loss, theft or unauthorized use of a password, please notify us immediately. We reserve the right to delete or change any password at any time and for any reason.

6. Term and Termination

00138346 / 1

This User Agreement will take effect at the time you click "I Agree". We reserve the right, at any time and for any reason, without notice to you, (i) to deny you access to this Site, any Site Materials, or any portion thereof; (ii) to change, remove or discontinue any of the Site Materials or services available on or through this Site; or (iii) to terminate this User Agreement.

7. Our Privacy Policy

We consider the protection of our users' personal data to be important. Therefore, we have adopted a Privacy Policy outlining our personal data collection and use practices. Please refer to it for details about how we collect and use personal information from users of this Site. Any changes to the Privacy Policy will be posted on this Site, and you should periodically consult this Site to stay apprised of any such changes.

8. Links to Other Sites

This Site may contain links to other sites on the World Wide Web for the convenience of our users. These other sites have not been reviewed by us and are maintained by third parties over which we exercise no control. Accordingly, we expressly disclaim any responsibility for the content of these other sites and for the availability, accuracy, reliability, completeness, currency, quality, performance or suitability of the information, products and services available or advertised on or through these other sites. Moreover, these links do not imply, directly or indirectly, our endorsement of or affiliation with any other site or site owner, or any information, products or services provided by any third party. When leaving this Site, you should be aware that our terms and policies may no longer govern, and, therefore, you should review the applicable terms and policies of each linked site.

9. Third Party Content

Some of the Site Materials, including, but not limited to, healthcare information, product reviews, news, data, research, analysis and opinions, are provided by IIPs. As a general matter, we believe that the IIPs obtain such information, materials and other content from sources that they deem to be reliable. However, we make no representations with respect to, nor do we guarantee or endorse the availability, accuracy, reliability, completeness, currency, quality, performance, suitability, or correct sequencing of any information, materials or other content provided by any of the IIPs. We do not endorse, oppose or edit any opinion or analysis expressed by any of the IIPs. We assume no responsibility or liability for any information, materials or other content provided by any of the IIPs.

10. Permission to Use Your Submissions

Any and all suggestions, feedback, ideas, concepts, comments, illustrations and other materials that you disclose or offer to us on or in connection with this Site or any Site Materials ("Submissions") are submitted without any restrictions or expectation of confidentiality. You agree that we will exclusively own, and you hereby assign to us without compensation or further

obligation, all rights now known or hereafter existing to the Submissions of every kind and nature throughout the universe. You further agree that we will be entitled to unrestricted use of the Submissions for any purpose whatsoever, commercial or otherwise, without compensation to you, including the right to use, reproduce, modify, adapt, publish, transmit, publicly perform or display, translate, create derivative works from, or otherwise communicate to the public the Submissions on this Site or elsewhere. You will not assert any proprietary right or moral right of any kind with respect to any Submissions.

11. Confidentiality on the Internet

Use of the Internet is solely at your own risk and is subject to all applicable local, state, federal, and international laws and regulations. While we have endeavored to create a secure and reliable site, please be advised that the confidentiality of any communication or material transmitted to us over the Internet cannot be guaranteed. Consequently, neither we nor our affiliates are responsible for the security of any information transmitted via the Internet, the accuracy of the information contained on this Site, or for the consequences of any reliance on such information. You must make your own determination as to these matters. For more private and personalized attention, you can write to us at:

Health Grades, Inc.
44 Union Boulevard, Suite 600
Lakewood, Colorado 80228

12. Site Monitoring

We reserve the right to view, monitor and record activity on this Site without notice to or permission from you. We may disclose any records, electronic communications, information, materials or other content of any kind (i) if we believe in good faith that the law or legal process requires it; (ii) if such disclosure is necessary or appropriate to operate this Site; or (iii) to protect our rights or property or the rights or property of our users and business partners. However, we are not responsible for screening, policing, editing or monitoring this Site.

We are committed to complying with copyright and related laws, and expect all users of this Site to comply with such laws as well. Using this Site to transmit any content or to engage in any activity that infringes any copyright or any other right of a third party violates this User Agreement. You represent and warrant to HealthGrades that you own, or are otherwise lawfully authorized to use, any information, materials or other content that you transmit to or through this Site, and that the use of the same does not violate copyright or related laws and will not cause injury to any person or entity.

If notified of an allegation that this Site contains infringing, defamatory, damaging, illegal or offensive records, electronic communications, information, materials or other content, we may investigate the allegation and determine in our sole discretion whether to remove or request the removal of the same from this Site. Notices to us regarding any alleged copyright infringement

on this Site should be directed to the following individual and address:

Janet Burkhard
Director of Content
Health Grades, Inc.
44 Union Boulevard, Suite 600
Lakewood, Colorado 80228

13. Events Beyond Our Control

You absolve and release us and our affiliates from any claim of harm resulting from any cause(s) over which we or they do not have direct control, including, but not limited to, failure of electronic or mechanical equipment or communication lines, telephone or other interconnect problems, computer viruses or other damaging code or data, unauthorized access, theft, operator errors, severe weather, earthquakes, natural disasters, strikes or other labor problems, wars, or governmental restrictions.

14. Disclaimers

THIS SITE AND THE SITE MATERIALS ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS, AND ARE INTENDED FOR INFORMATIONAL PURPOSES ONLY. WHILE WE ENDEAVOR TO PROVIDE THE MOST ACCURATE, UP TO DATE INFORMATION AVAILABLE, THE SITE MATERIALS AND DATABASES MAY CONTAIN TECHNICAL INACCURACIES OR TYPOGRAPHICAL ERRORS, AND MAY BE CHANGED OR UPDATED WITHOUT NOTICE.

TO THE FULLEST EXTENT PERMISSIBLE PURSUANT TO APPLICABLE LAW, WE DISCLAIM ALL WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO: (I) ANY WARRANTIES CONCERNING THE AVAILABILITY, ACCURACY, COMPLETENESS, CURRENCY, QUALITY, PERFORMANCE OR SUITABILITY OF THIS SITE, THE SITE MATERIALS, OR ANY PRODUCTS, SERVICES OR RESULTS OBTAINED ON OR THROUGH THIS SITE; AND (II) ANY IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. WE MAKE NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, THAT THIS SITE OR ANY SITE MATERIALS WILL ASSIST YOU IN IDENTIFYING A SUITABLE HEALTHCARE PROVIDER OR FOR ANY OTHER PURPOSE. WE DO NOT REPRESENT OR WARRANT THAT THIS SITE WILL BE UNINTERRUPTED, ERROR-FREE, OR FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS, OR THAT DEFECTS, IF ANY, WILL BE CORRECTED. YOU EXPRESSLY AGREE THAT YOUR USE OF THIS SITE AND THE SITE MATERIALS IS ENTIRELY AT YOUR OWN RISK.

FURTHER, WE EXPRESSLY DISCLAIM ANY AND ALL RESPONSIBILITY AND LIABILITY WITH RESPECT TO SEPARATE AGREEMENTS YOU MAY MAKE WITH

HEALTHCARE PROVIDERS OR WITH THIRD PARTIES WHO OFFER PRODUCTS OR
SERVICES ON OR THROUGH THIS SITE, AND YOU AGREE TO LOOK SOLELY TO
SUCH HEALTHCARE PROVIDERS AND THIRD PARTIES WITH RESPECT TO ANY
AND ALL CLAIMS ARISING OUT OF SUCH AGREEMENTS AND/OR SUCH PRODUCTS
OR SERVICES.

15. Limitations of Liability

YOU AGREE THAT NEITHER WE NOR OUR AFFILIATES WILL BE LIABLE FOR ANY
DAMAGES RESULTING FROM YOUR USE OF, OR RELIANCE UPON, THIS SITE, ANY
SITE MATERIALS, OR ANY PRODUCTS OR SERVICES OBTAINED ON OR THROUGH
THIS SITE. IN THE EVENT OF ANY PROBLEM WITH THIS SITE, ANY SITE
MATERIALS, OR ANY PRODUCTS OR SERVICES OBTAINED ON OR THROUGH THIS
SITE, YOU AGREE THAT YOUR SOLE REMEDY IS TO CEASE USING SUCH ITEM(S).

YOU AGREE THAT UNDER NO CIRCUMSTANCES WILL WE OR OUR AFFILIATES, OR
ANY OF OUR OR THEIR RESPECTIVE DIRECTORS, OFFICERS, SHAREHOLDERS,
PROPRIETORS, PARTNERS, EMPLOYEES, AGENTS, REPRESENTATIVES, SERVANTS,
ATTORNEYS, PREDECESSORS, SUCCESSORS OR ASSIGNS, BE LIABLE FOR ANY
INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL
DAMAGES (INCLUDING, BUT NOT LIMITED TO, LOST PROFITS AND DAMAGES
THAT RESULT FROM INCONVENIENCE, DELAY, OR LOSS OF USE) ARISING OUT OF
USE OF THIS SITE, ANY SITE MATERIALS, ARRANGEMENTS MADE BASED ON
INFORMATION OBTAINED ON OR THROUGH THIS SITE, OR PRODUCTS OR
SERVICES OBTAINED ON OR THROUGH THIS SITE, EVEN IF WE OR THEY HAVE
BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. Because some states do not
allow the exclusion or limitation of liability for consequential or incidental damages, this
limitation may not apply to you.

16. Indemnity

You agree to defend, indemnify, and hold harmless HealthGrades and our affiliates, and our and
their respective directors, officers, shareholders, proprietors, partners, employees, agents,
representatives, servants, attorneys, predecessors, successors and assigns, from and against any
and all claims, proceedings, damages, injuries, liabilities, losses, costs and expenses (including
reasonable attorneys' fees and litigation expenses), relating to or arising from (i) your use of this
Site, any Site Materials, or any products or services obtained on or through this Site, (ii) any
arrangements you make based on information obtained on or through this Site, or (iii) any breach
by you of this User Agreement.

17. Governing Law and Selection of Venue

You agree that User Agreement is made in, and will be construed and enforced in accordance
with, Colorado law (without regard to its provisions governing conflicts of law), as applied to

agreements entered into and completely performed in Colorado. You agree that any action arising out of the content of this Site, your use of the Site Materials, or any action to enforce this User Agreement will be brought only in the federal or state courts presiding in Denver, Colorado, U.S.A., and you expressly agree to be subject to the jurisdiction of such courts. Use of this Site is limited solely to persons who agree to resolve any and all disputes pertaining to this Site in the federal and state courts of Colorado, and such an agreement is an express condition to use of this Site. This Site is controlled and operated by HealthGrades from its offices within the United States. We make no representation that this Site or the Site Materials are appropriate or available for use outside of the United States, and access to this Site or the Site Materials from territories where their contents are illegal is prohibited. Those who choose to access this Site or the Site Materials from locations outside of the United States do so of their own volition and are responsible for compliance with applicable local laws.

18. Notices

All notices to you will be sent to the e-mail address that you provide to us when you register. Such notice will be deemed given one business day after the e-mail is sent. Except as expressly stated otherwise, all notices to us must be sent to info@healthgrades.com or to the following address:

Health Grades, Inc.
44 Union Boulevard, Suite 600
Lakewood, Colorado 80228

19. Miscellaneous

The following provisions will survive the termination of this User Agreement: Sections 2 and 3, the restrictive use provisions of Section 4, and the provisions of Sections 8 through 19. Failure to insist on strict performance of any provisions of this User Agreement will not operate as a waiver of any subsequent default or failure of performance. No waiver of any provision of this User Agreement will be valid unless in writing and acknowledged in writing or electronically by both parties. If any portion of this User Agreement is adjudged invalid or unenforceable by a court of competent jurisdiction, the remaining portions will remain valid, enforceable, and in effect. No joint venture, partnership, employment or agency relationship exists between you and HealthGrades as a result of this User Agreement or your use of this Site or any Site Materials. Any rights not expressly granted herein are reserved by HealthGrades. This User Agreement constitutes the entire agreement between you and HealthGrades with respect to your use of this Site and the Site Materials, and supersedes any and all prior understandings or agreements between you and HealthGrades, whether written or oral. You acknowledge that, in providing you access to and use of this Site and the Site Materials, we have relied on your acceptance of this User Agreement.

# HealthGrades'
# Limited License and User Agreement

Welcome to the HealthGrades Web site (this "Site") provided by Health Grades, Inc. ("we" or "HealthGrades"). The following Limited License and User Agreement ("User Agreement") governs your access to and use of this Site and the information, profiles, materials and other content available on or through this Site ("Site Materials"). Please read this User Agreement carefully before using this Site or any Site Materials. We reserve the right, at our sole discretion, to change this User Agreement from time to time. Your continued use of this Site or any Site Materials after such changes take effect will be deemed to constitute your acceptance of and agreement to the new User Agreement.

PLEASE READ THIS AGREEMENT CAREFULLY BEFORE SELECTING THE 'I AGREE' BUTTON ASSOCIATED WITH THIS USER AGREEMENT OR BY ACCESSING, USING OR BROWSING THIS SITE OR ANY SITE MATERIALS. BY CLICKING ON "I AGREE," OR BY ACCESSING, USING OR BROWSING THIS SITE OR ANY SITE MATERIALS, YOU, ON BEHALF OF YOURSELF OR YOUR ENTITY, AS APPLICABLE, ACKNOWLEDGE THAT: (1) YOU HAVE READ AND UNDERSTAND ALL OF THE TERMS AND CONDITIONS OF THIS USER AGREEMENT; (2) YOU AGREE TO BE BOUND BY ALL OF THE TERMS AND CONDITIONS OF THIS USER AGREEMENT AND ACKNOWLEDGE THAT THIS USER AGREEMENT IS THE LEGAL EQUIVALENT OF A SIGNED, WRITTEN CONTRACT BETWEEN YOU AND HEALTHGRADES; AND (3) IF ACCESSING, USING OR BROWSING THIS SITE ON BEHALF OF AN ENTITY, YOU HAVE FULL AUTHORITY TO BIND YOUR ENTITY TO ALL OF THE TERMS AND CONDITIONS OF THIS USER AGREEMENT. IF YOU ARE NOT WILLING TO BE BOUND BY ALL OF THE TERMS AND CONDITIONS OF THIS AGREEMENT, INCLUDING WITHOUT LIMITATION THE PRECEDING ACKNOWLEDGEMENT AND AGREEMENT, DO NOT SELECT THE 'I AGREE' BUTTON ASSOCIATED WITH THIS USER AGREEMENT, IN WHICH CASE HEALTHGRADES DOES NOT AND WILL NOT GRANT YOU ANY RIGHT OR LICENSE TO ACCESS, USE OR BROWSE THIS SITE OR HEALTHGRADES' SITE MATERIALS.

## 1. Nature of Service and Limited License

HealthGrades is the leading Web-based health information resource for the distribution of healthcare provider ratings and information. Among other things, we provide objective ratings of and information about hospitals, physicians, long-term care facilities, and other providers of healthcare services (collectively, "Healthcare Providers") based on data and information obtained from a variety of sources. Some of this data and information is severity adjusted (through the use of proprietary algorithms) by HealthGrades. Other data and information is provided directly by independent information providers ("IIP's") and is not adjusted or audited by HealthGrades.

You agree by using this Site that the data and information here, including HealthGrades' rating system and HealthGrades' ratings of individual providers, are and remain the sole property of HealthGrades. Except as expressly permitted by us in writing, you agree that your license to access and use this information is limited solely to a personal, revocable, nonexclusive, non-transferable license to access and view this Site and the Site Materials, and to copy, download, store and/or print only a single copy of any Site Materials, solely for your non-commercial use and not for



EXHIBIT
B

resale or distribution to anyone else. You further agree that, with respect to any copy of the Site Materials, you will reproduce and include all copyright and other proprietary notices included in such Site Materials on any such copy. An express condition on your license is that you will not otherwise transmit or use the Site Materials, and your continued compliance with this User Agreement. Except as expressly permitted by us in writing, you will not copy, reproduce, modify, adapt, translate, distribute, transmit, download, upload, post, sell, rent, license, transfer, publicly perform, publicly display, mirror, frame, create derivative works of, reverse engineer, decompile or disassemble any aspect of this Site or any Site Materials (including, but not limited to, any Health Care Provider rankings), in whole or in part, in any form or by any means. Further, you may not use any metatags or any other "hidden text" utilizing the name "HealthGrades" without our prior written permission.

## 2. No Recommendations or Medical Advice

HealthGrades is not a referral service and does not recommend or endorse any particular Healthcare Provider. Rather, HealthGrades is only an intermediary that provides selected information about Healthcare Providers. We do not offer advice regarding the quality or suitability of any particular Healthcare Provider for specific treatments or health conditions, and no information on this Site should be construed as health advice. The Healthcare Provider rating information consists of statements of opinion and not statements of fact or recommendations to utilize the services of any specific Healthcare Provider. You should obtain any additional information necessary to make an informed decision prior to utilizing any specific Healthcare Provider.

You agree to assume all responsibility in connection with choosing any Healthcare Provider, whether or not you obtained information about such Healthcare Provider on or through this Site. We assume no responsibility or liability for any advice, treatment or other services rendered by any Healthcare Provider, or for any malpractice claims and other claims that may arise directly or indirectly from any such advice, treatment or other services.

## 3. Proprietary Rights

© Copyright 2006 Health Grades, Inc. All rights reserved.

All right, title and interest in and to the Site Materials, including without limitation the graphical display of this Site and all Healthcare Provider ratings, and all intellectual property rights embodied therein, are the property of HealthGrades or our licensors, suppliers or affiliates. The Healthcare Provider rating information is contained in databases ("Databases") that constitute valuable proprietary compilations owned by HealthGrades. The Site Materials and the Databases are protected by law, including, but not limited to, United States and international copyright law and trademark law, as well as other state, federal, and international laws and regulations. HealthGrades does not claim any rights in unaltered government data.

The 1-3-5 Star rating system and methodology, and ratings of individual providers, are the property of HealthGrades and may not be reproduced in any manner without our prior written permission. HealthGrades®, HealthGrades.com™, the CHECKMARK DESIGN, the FIVE STAR RATING LOGO, GUIDING AMERICA TO BETTER HEALTHCARE™, THE HEALTHCARE RATING EXPERTS®, THE HEALTHCARE QUALITY

EXPERTS®, PATIENT-PROVIDER GATEWAY™, DISTINGUISHED HOSPITAL AWARD™, DISTINGUISHED HOSPITAL AWARD FOR CLINICAL EXCELLENCE™, DISTINGUISHED HOSPITAL AWARD FOR PATIENT SAFETY™, SPECIALTY EXCELLENCE AWARD™, HOSPITAL REPORT CARDS™, PHYSICIAN REPORT CARDS™, NURSING HOME REPORT CARDS™, HOME HEALTH REPORT CARDS™, HOSPITAL QUALITY GUIDE™, PHYSICIAN QUALITY GUIDE™, NURSING HOME QUALITY GUIDE™, HOME HEALTH QUALITY GUIDE™, QUALITY RATINGS SUITE™, COMPAREYOURCARE™, and SMARTCHOICE™ are service marks and trademarks of Health Grades, Inc. and may not be used in any manner (including, but not limited to, in connection with re-publication or citation of the Healthcare Provider ratings) without the prior written permission of Health Grades, Inc. Other names and logos contained in this Site or in the Site Materials are trademarks and service marks of third parties and may not be used without the permission of the trademark or service mark owner.

Except as provided in this User Agreement, we do not grant you any rights under any copyrights or trademarks. Accordingly, unauthorized use or reproduction of any Site Materials may violate copyright laws, trademark laws, laws pertaining to privacy and publicity rights, or other laws or regulations. Please be aware that we actively and aggressively enforce our intellectual property rights to the fullest extent of the law.

## 4. Use of this Site, the Site Materials and the Databases

Except as expressly permitted by us in writing, you agree that you will not, directly or indirectly, use any of the Databases or the information contained therein for any purposes other than your personal, non-commercial evaluation of Heath Care Providers. Without limiting the foregoing, you agree that you will not, directly or indirectly, use the Databases (i) to compile mailing lists or other lists of Healthcare Providers for commercial purposes; (ii) to establish independent data files or compendiums of statistical information; (iii) in violation of any applicable laws or regulations, or (iv) to generate or download more than ten (10) reports in any given day, without our prior written authorization. Other arrangements with respect to the Databases may be available, but only with our express written permission. Please send an e-mail to info@healthgrades.com to receive additional information about the possibility of alternative arrangements regarding the Databases.

## 5. Password Maintenance and Responsibility

If you wish to access certain areas of this Site or the Site Materials available on or through certain areas of this Site, you must choose a password during your completion of this Site's registration process. By registering, you represent, warrant and covenant that: (i) you are at least 18 years of age; (ii) you are using your actual identity; (iii) you have provided only true, accurate, current and complete information about yourself during the registration process; and (iv) you will maintain and promptly update the information that you provide to keep it true, accurate, current and complete.

By logging onto this Site using any password, you represent, warrant and covenant that you are authorized to use such password and to engage in the activities that you conduct thereunder. You agree to be solely responsible for the confidentiality and use of your password, as well as for any activities conducted on or through this Site using your password. If you wish to cancel a password, or if you become aware of any loss, theft or unauthorized use of a password, please notify us immediately.

We reserve the right to delete or change any password at any time and for any reason.

## 6. Term and Termination

This User Agreement will take effect at the time you click "I Agree" or access, use or browse this Site or any Site materials. We reserve the right, at any time and for any reason, without notice to you, (i) to deny you access to this Site, any Site Materials, or any portion thereof; (ii) to change, remove or discontinue any of the Site Materials or services available on or through this Site; or (iii) to terminate this User Agreement.

## 7. Our Privacy Policy

We consider the protection of our users' personal data to be important. Therefore, we have adopted a Privacy Policy outlining our personal data collection and use practices. Please refer to it for details about how we collect and use personal information from users of this Site.

## 8. Links to Other Sites

This Site may contain links to other sites on the World Wide Web for the convenience of our users. These other sites have not been reviewed by us and are maintained by third parties over which we exercise no control. Accordingly, we expressly disclaim any responsibility for the content of these other sites and for the availability, accuracy, reliability, completeness, currency, quality, performance or suitability of the information, products and services available or advertised on or through these other sites. Moreover, these links do not imply, directly or indirectly, our endorsement of or affiliation with any other site or site owner, or any information, products or services provided by any third party. When leaving this Site, you should be aware that our terms and policies may no longer govern, and, therefore, you should review the applicable terms and policies of each linked site.

## 9. Third Party Content

Some of the Site Materials, including but not limited to, certain healthcare information, product reviews, news, data, research, analysis and opinions, are provided by IIPs. As a general matter, we believe that the IIPs obtain such information, materials and other content from sources that they deem to be reliable. However, we make no representations with respect to, nor do we guarantee or endorse the availability, accuracy, reliability, completeness, currency, quality, performance, suitability, or correct sequencing of any information, materials or other content provided by any of the IIPs. We do not endorse, oppose or edit any opinion or analysis expressed by any of the IIPs. We assume no responsibility or liability for any information, materials or other content provided by any of the IIPs.

## 10. Permission to Use Your Submissions

Any and all information (other than information given in connection with registration, which shall be treated as set forth in other provisions of this User Agreement), suggestions, feedback, ideas, concepts, comments, illustrations and other materials that you disclose or offer to us on or in connection with this Site or any Site Materials ("Submissions") are submitted without any restrictions or expectation of

confidentiality. You hereby assign to us without compensation or further obligation, all rights now known or hereafter existing to use, allow others to use, or assign the right to use, the Submissions. You further agree that your Submissions may be used without restriction for any purpose whatsoever, commercial or otherwise, without compensation to you, including the right to use, reproduce, modify, adapt, publish, transmit, publicly perform or display, translate, create derivative works from, or otherwise communicate to the public the Submissions on this Site or elsewhere by us, our assigns or others we have allowed to use your Submissions. You will not assert any proprietary right or moral right of any kind with respect to any Submissions.

## 11. Confidentiality on the Internet

Use of the Internet is solely at your own risk and is subject to all applicable local, state, federal, and international laws and regulations. While we have endeavored to create a secure and reliable site, please be advised that the confidentiality of any communication or material transmitted to us over the Internet cannot be guaranteed. Consequently, neither we nor our affiliates are responsible for the security of any information transmitted via the Internet, the accuracy of the information contained on this Site, or for the consequences of any reliance on such information. You must make your own determination as to these matters. For more private and personalized attention, you can write to us at:

Health Grades, Inc.
500 Golden Ridge Road, Suite 100
Golden, Colorado 80401

## 12. Electronic Communications with HealthGrades

Should you elect to send or receive e-mail communications of any kind to or from HealthGrades, you represent and warrant to HealthGrades that your e-mail service has appropriate and adequate security systems necessary to prevent unauthorized access to outbound or inbound e-mail transmissions.

## 13. Site Monitoring

We reserve the right to view, monitor and record activity on this Site without notice to or permission from you. We may disclose any records, electronic communications, information, materials or other content of any kind (i) if we believe in good faith that the law or legal process requires it; (ii) if such disclosure is necessary or appropriate to operate this Site; or (iii) to protect our rights or property or the rights or property of our users and business partners. However, we are not responsible for screening, policing, editing or monitoring this Site.

We are committed to complying with copyright and related laws, and expect all users of this Site to comply with such laws as well. Using this Site to transmit any content or to engage in any activity that infringes any copyright or any other right of a third party violates this User Agreement. You represent and warrant to HealthGrades that you own, or are otherwise lawfully authorized to use, any information, materials or other content that you transmit to or through this Site, and that the use of the same does not violate copyright or related laws and will not cause injury to any person or entity.

If notified of an allegation that this Site contains infringing, defamatory, damaging, illegal or offensive records, electronic communications, information, materials or other content, we may investigate the allegation and determine in our sole discretion whether to remove or request the removal of the same from this Site. Notices to us regarding any alleged copyright infringement on this Site should be directed to the following individual and address:

Janet Burkhard
Vice President, Product Development
Health Grades, Inc.
500 Golden Ridge Road, Suite 100
Golden, Colorado 80401

### 14. Events Beyond Our Control

You absolve and release us and our affiliates from any claim of harm resulting from any cause(s) over which we or they do not have direct control, including, but not limited to, failure of electronic or mechanical equipment or communication lines, telephone or other interconnect problems, computer viruses or other damaging code or data, unauthorized access, theft, operator errors, severe weather, earthquakes, natural disasters, strikes or other labor problems, wars, or governmental restrictions.

### 15. Disclaimers

THIS SITE AND THE SITE MATERIALS ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS, AND ARE INTENDED FOR INFORMATIONAL PURPOSES ONLY. WHILE WE ENDEAVOR TO PROVIDE THE MOST ACCURATE, UP TO DATE INFORMATION AVAILABLE, THE SITE MATERIALS AND DATABASES MAY CONTAIN TECHNICAL INACCURACIES OR TYPOGRAPHICAL ERRORS, AND MAY BE CHANGED OR UPDATED WITHOUT NOTICE.

TO THE FULLEST EXTENT PERMISSIBLE PURSUANT TO APPLICABLE LAW, WE DISCLAIM ALL WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO: (I) ANY WARRANTIES CONCERNING THE AVAILABILITY, ACCURACY, RELIABILITY, COMPLETENESS, CURRENCY, QUALITY, PERFORMANCE OR SUITABILITY OF THIS SITE, THE SITE MATERIALS, OR ANY PRODUCTS, SERVICES OR RESULTS OBTAINED ON OR THROUGH THIS SITE; AND (II) ANY IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. WE MAKE NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, THAT THIS SITE OR ANY SITE MATERIALS WILL ASSIST YOU IN IDENTIFYING A SUITABLE HEALTHCARE PROVIDER OR FOR ANY OTHER PURPOSE. WE DO NOT REPRESENT OR WARRANT THAT THIS SITE WILL BE UNINTERRUPTED, ERROR-FREE, OR FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS, OR THAT DEFECTS, IF ANY, WILL BE CORRECTED. YOU EXPRESSLY AGREE THAT YOUR USE OF THIS SITE AND THE SITE MATERIALS IS ENTIRELY AT YOUR OWN RISK.

FURTHER, WE EXPRESSLY DISCLAIM ANY AND ALL RESPONSIBILITY AND LIABILITY WITH RESPECT TO SEPARATE AGREEMENTS YOU MAY MAKE WITH HEALTHCARE PROVIDERS OR WITH THIRD PARTIES WHO OFFER PRODUCTS OR SERVICES ON OR THROUGH THIS SITE, AND YOU AGREE TO LOOK SOLELY TO SUCH HEALTHCARE PROVIDERS AND THIRD PARTIES WITH RESPECT TO ANY AND ALL CLAIMS ARISING OUT OF SUCH AGREEMENTS AND/OR SUCH PRODUCTS OR SERVICES.

## 16. Limitations of Liability

YOU AGREE THAT NEITHER WE NOR OUR AFFILIATES WILL BE LIABLE FOR ANY DAMAGES RESULTING FROM YOUR USE OF, OR RELIANCE UPON, THIS SITE, ANY SITE MATERIALS, OR ANY PRODUCTS OR SERVICES OBTAINED ON OR THROUGH THIS SITE. IN THE EVENT OF ANY PROBLEM WITH THIS SITE, ANY SITE MATERIALS, OR ANY PRODUCTS OR SERVICES OBTAINED ON OR THROUGH THIS SITE, YOU AGREE THAT YOUR SOLE REMEDY IS TO CEASE USING SUCH ITEM(S).

YOU AGREE THAT UNDER NO CIRCUMSTANCES WILL WE OR OUR AFFILIATES, OR ANY OF OUR OR THEIR RESPECTIVE DIRECTORS, OFFICERS, SHAREHOLDERS, PROPRIETORS, PARTNERS, EMPLOYEES, AGENTS, REPRESENTATIVES, SERVANTS, ATTORNEYS, PREDECESSORS, SUCCESSORS OR ASSIGNS, BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, LOST PROFITS AND DAMAGES THAT RESULT FROM INCONVENIENCE, DELAY, OR LOSS OF USE) ARISING OUT OF USE OF THIS SITE, ANY SITE MATERIALS, ARRANGEMENTS MADE BASED ON INFORMATION OBTAINED ON OR THROUGH THIS SITE, OR PRODUCTS OR SERVICES OBTAINED ON OR THROUGH THIS SITE, EVEN IF WE OR THEY HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. Because some states do not allow the exclusion or limitation of liability for consequential or incidental damages, this limitation may not apply to you.

## 17. Indemnity

You agree to defend, indemnify, and hold harmless HealthGrades and our affiliates, and our and their respective directors, officers, shareholders, proprietors, partners, employees, agents, representatives, servants, attorneys, predecessors, successors and assigns, from and against any and all claims, proceedings, damages, injuries, liabilities, losses, costs and expenses (including reasonable attorneys' fees and litigation expenses), relating to or arising from (i) your use of this Site, any Site Materials, or any products or services obtained on or through this Site, (ii) any arrangements you make based on information obtained on or through this Site, or (iii) any breach by you of this User Agreement.

## 18. Governing Law and Selection of Venue

You agree that this User Agreement is made in, and will be construed and enforced in accordance with, Colorado law (without regard to its provisions governing conflicts of law), as applied to agreements entered into and completely performed in Colorado. You agree that any action arising out of the content of this Site, your use of the Site Materials, or any action to enforce this User Agreement will be brought only in the federal or state courts presiding in Denver, Colorado, U.S.A., and you expressly agree to be subject to the jurisdiction of such courts. Use of this Site is limited solely to persons who agree to resolve any and all disputes pertaining to this Site in the federal and state courts of Colorado, and such an agreement is an express condition to use of this Site. This Site is controlled and operated by HealthGrades from its offices within the United States. We make no representation that this Site or the Site Materials are appropriate or available for use outside of the United States, and access to this Site or the Site Materials from territories where their contents are illegal is prohibited. Those who choose to access this Site or the Site Materials from locations outside of the United States do so of their own volition and are responsible

for compliance with applicable local laws.

**19. Notices**

All notices to you will be sent to the e-mail address that you provide to us when you register. Such notice will be deemed given one business day after the e-mail is sent. Except as expressly stated otherwise, all notices to us must be sent to info@healthgrades.com or to the following address:

> Health Grades, Inc.
> 500 Golden Ridge Road, Suite 100
> Golden, Colorado 80401

**20. Miscellaneous**

The following provisions will survive the termination of this User Agreement: Sections 2 and 3, the restrictive use provisions of Section 4, the provisions of Sections 8 through 11, and the provisions of Sections 13 through 20. Failure to insist on strict performance of any provisions of this User Agreement will not operate as a waiver of any subsequent default or failure of performance. No waiver of any provision of this User Agreement will be valid unless in writing and acknowledged in writing or electronically by both parties. If any portion of this User Agreement is adjudged invalid or unenforceable by a court of competent jurisdiction, the remaining portions will remain valid, enforceable, and in effect. No joint venture, partnership, employment or agency relationship exists between you and HealthGrades as a result of this User Agreement or your use of this Site or any Site Materials. Any rights not expressly granted herein are reserved by HealthGrades. This User Agreement constitutes the entire agreement between you and HealthGrades with respect to your use of this Site and the Site Materials, and supersedes any and all prior understandings or agreements between you and HealthGrades, whether written or oral. You acknowledge that, in providing you access to and use of this Site and the Site Materials, we have relied on your acceptance of this User Agreement.