IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2351-JLK**

**HEALTH GRADES, INC., a Delaware corporation**,

       Plaintiff,

v.

**ROBERT WOOD JOHNSON UNIVERSITY HOSPITAL, INC., a New Jersey corporation,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Plaintiff's Motion to Strike, or in the Alternative, Motion for Leave to File Sur-reply (doc. #24) is granted in the alternative. Plaintiff is granted leave to file a sur-reply limited to the new matters raised in the reply on or before March 5, 2007.

Dated:  February 22, 2007