IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2351-JLK**

**HEALTH GRADES, INC., a Delaware corporation**,

       Plaintiff,

v.

**ROBERT WOOD JOHNSON UNIVERSITY HOSPITAL, INC., a New Jersey corporation,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Plaintiff's Amended Motion for Leave to File First Amended Complaint (doc. #34), filed July 31, 2009, is GRANTED. The First Amended Complaint is accepted as filed. Defendant's Answer is due on or before September 17, 2009.

Dated:  August 20, 2009