IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02351-JLK

HEALTH GRADES, INC., a Delaware corporation,

    Plaintiff,

v.

ROBERT WOOD JOHNSON UNIVERSITY HOSPITAL,
a New Jersey nonprofit corporation, and ROBERT WOOD JOHNSON UNIVERSITY
HOSPITAL AT HAMILTON, a New Jersey nonprofit corporation,

    Defendants.

---

~~PROPOSED~~ ORDER REGARDING JOINT STIPULATED MOTION FOR ORDER OF
PRELIMINARY AND PERMANENT INJUNCTION

---

THIS MATTER, having come before the Court on the Parties' Joint Stipulated Motion for Order of Preliminary and Permanent Injunction ("Stipulation"), filed November 4, 2009, and the Court being thoroughly advised in the premises, does hereby

ORDER that the Order of Preliminary and Permanent Injunction in the form attached to the Stipulation is hereby entered and becomes an official part of the record for this matter.

Dated this 6 day of November, 2009.

BY THE COURT:

_____
Honorable John L. Kane

{00737973 / 1}